# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABRINA MATTINGLY

VERSUS

LOUISIANA CVS PHARMACY, LLC
AND CVS PHARMACY, INC.

NO.   2020 CW 1095

**DECEMBER 30, 2020**

In Re:   Louisiana CVS Pharmacy, LLC and CVS Pharmacy, Inc.,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 648306.

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT